UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM HORTON,

        Plaintiff,

                              Case No. 11-cv-14591
vs.                             HON. GEORGE CARAM STEEH

JOSE ORTIZ, et al.,

        Defendants.
_____/

ORDER DENYING PLAINTIFF'S MOTION
FOR SANCTIONS (DOC. # 30) AS MOOT

Plaintiff's motion for sanctions is hereby **DENIED WITHOUT PREJUDICE AS MOOT** for the reason that the parties settled this matter on the record at the Final Pretrial Conference held November 26, 2012.

**IT IS SO ORDERED**.

Dated: November 28, 2012

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 28, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk